**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GENE THROWER and ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br><br>CITIZENS DISABILITY, LLC, a Massachusetts limited liability company,<br><br>*Defendants*. | |

**PLAINTIFF ABANTE ROOTER AND PLUMBING INC'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Abante Rooter and Plumbing Inc., by and through its undersigned counsel, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that there is no parent corporation or publicly held corporation owning 10% or more of its stock

Dated: February 12, 2020         **ABANTE ROOTER AND PLUMBING INC.**,

By its attorney,

/s/    J. Steven Foley

J. Steven Foley
Law Office of J. Steven Foley
100 Pleasant Street #100
Worcester, Massachusetts 01609
Telephone: 508-754-1042
Facsimile: 508-739-4051