# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GENE THROWER and ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 20-cv-10285-GAO |
| v. | ) ) ) | |
| CITIZENS DISABILITY LLC, a Massachusetts LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SETTLEMENT

Plaintiffs hereby provide notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiffs and Defendant have engaged in settlement discussions and have reached an agreement to resolve the case.

2. The Parties are presently working to finalize a settlement agreement and believe settlement papers will be filed with the court within thirty (30) days.

Respectfully submitted,

Dated: December 15, 2023

**GENE THROWER** and **ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,

By:   */s/ Patrick H. Peluso*
One of Plaintiff's Attorneys

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
508-221-1510
Email: anthony@paronichlaw.com

Patrick H. Peluso*

1

ppeluso@woodrowpeluso.com
Stephen A. Klein*
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*\*Pro Hac Vice*

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on December 15, 2023.

                                                                                                       */s/ Patrick H. Peluso*