UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Gene Thrower et al

    Plaintiff

                                CIVIL ACTION
                                NO. 1:20-10285-GAO

    V.

Citizens Disability, LLC

    Defendant

## SETTLEMENT ORDER OF DISMISSAL

**O'Toole, D. J.**

    The Court having been advised on December 15, 2023, that the above-entitled action has been settled:

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                          By the Court,

12/18/2023                                 /s/Flaviana de Oliveira
Date                                          Deputy Clerk