# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENE THROWER and ABANTE ROOTER AND PLUMBING, INC., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITIZENS DISABILITY LLC, a Massachusetts LLC,<br><br>　　　　　Defendant. | Case No.: 20-cv-10285-GAO |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant stipulate to dismissal of the underlying matter with prejudice, and that an order of dismissal to this effect may be entered forthwith. Each of the aforementioned parties shall bear its own costs and attorneys' fees with respect to these claims.

1

Dated: January 8, 2024                            Respectfully submitted,

*/s/ Andrew M. Schneiderman (with consent)*       */s/ Patrick H. Peluso*
                                                  Patrick H. Peluso

Andrew M. Schneiderman
Jeffrey M. Rosin                                  Patrick H. Peluso*
**O'Hagan Meyer**                                 **Woodrow & Peluso LLC**
111 Huntington Avenue                             3900 E. Mexico Avenue
Suite 719                                         Suite 300
Boston, MA 02116                                  Denver, Colorado, 80210
617-843-6808                                      (720) 213-0675
aschneiderman@ohaganmeyer.com                     ppeluso@woodrowpeluso.com
jrosin@ohaganmeyer.com

                                                  *Counsel for Plaintiffs*
*Counsel for Defendant*                           *\* Pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on January 8, 2024.

/s/ Patrick H. Peluso